

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00216-CV

| | | |
|---|---|---|
| Doyle Jones | § | From the 67th District Court |
| | § | of Tarrant County (067-247167-10) |
| v. | § | August 20, 2015 |
| Frank Kent Motor Company d/b/a Frank Kent Cadillac | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Doyle Jones shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
       Justice Lee Gabriel